# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| FIRST MAGNUS FINANCIAL CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 06-2380-KHV |
| ) | |
| LIGHTHOUSE FINANCIAL CORP, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Pursuant to the Stipulation of Dismissal With Prejudice as to Claims against Defendant Kyle Roberson Only, filed January 17, 2008 [Doc #83], the above matter is **DISMISSED WITH PREJUDICE,** each party to bear their own court costs.

s/ Kathryn H. Vratil
Kathryn H. Vratil
United States District Judge